**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**Susan-Kealoha C.,**

                     **Plaintiff,**

**v.**                                                 **5:18-CV-515 (NAM)**

**Commissioner of Social Security,**

                     **Defendant.**
_____

**Appearances:**

*Counsel for Plaintiff*:
Howard D. Olinsky
Olinsky Law Group
300 S. State Street, Suite 420
Syracuse, NY 13202

*Counsel for Defendant*:
Daniel Stice Tarabelli
Social Security Administration
Office of the General Counsel
15 Sudbury Street, Suite 625
Boston, MA 02203

**Hon. Norman A. Mordue, Senior United States District Court Judge**

### ORDER OF THE COURT

Plaintiff commenced this action on April 30, 2018, seeking review of the Commissioner's denial of her application for social security disability benefits under the Social Security Act. (Dkt. No. 1). The Court issued a Memorandum-Decision and Order on June 28, 2019, entering judgment in Plaintiff's favor and remanding the matter for further proceedings. (Dkt. No. 14). As the prevailing party, Plaintiff moved for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, in the amount of $5,541.81. (Dkt. No. 16). Plaintiff

has waived direct payment of EAJA fees. (Dkt. No. 16-6). The Commissioner does not object to Plaintiff's motion for fees. (Dkt. No. 17). The Court has reviewed the parties' submissions and finds that Plaintiff's request is not unreasonable.

Accordingly, it is:

**ORDERED** that Plaintiff's motion for attorney's fees pursuant to 28 U.S.C. § 2412, (Dkt. No. 16), is **GRANTED** in the amount of $5,541.81, payable to her attorney.

**IT IS SO ORDERED.**

Date: October 15, 2019
Syracuse, New York

Norman A. Mordue
Senior U.S. District Judge